# EXHIBIT A

https://mypayrazr.com/m/WOKZ

InvestiNet, LLC
PO Box 966
Greenville, SC 29602
833-621-9980

CRAIG DURANT

| Date: | 09/18/2020 |
|---|---|
| InvestiNet Reference No.: | 1M1173824 |
| Original Creditor: | Credit One Bank, N.A. |
| Current Creditor: | LVNV Funding LLC |
| Original Account Number: | xxxxxxxxxxxx6366 |
| Account Balance: | $863.81 |

Dear CRAIG DURANT,

This account has been referred to our office for collection. If you wish to resolve your obligation, toll free at 833-621-9980. All payments for this account must come to our office to ensure prope to your account.

This communication is from a debt collector. This is an attempt to collect a debt and any inform obtained will be used for that purpose. As of the date this letter, you owe $863.81. Because of interest, the amount due on the day you pay may be greater. If you pay the amount shown adjustment may be necessary after we receive your payment, in which event we will inform y depositing the payment for collection. For further information, contact the undersigned. Unle notify this office within 30 days after receiving this notice that you dispute the validity of this any portion thereof, this office will assume this debt is valid. If you notify this office in writing days from receiving this notice that you dispute the validity of this debt, or any portion there office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy judgment or verification. Upon your written request within 30 days after receipt of this notic will provide you with the name and address of the original creditor if different from the curre

Sincerely,
InvestiNet, LLC
833-621-9980

Hours of Operation: (All times listed are Eastern Standard Time)
Monday – Thursday: 8:00 AM – 5:00 PM